**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| GREGORY KELLY,<br><br>  Plaintiff,<br><br>v.<br><br>RANDALL MARK HICKMAN,<br><br>  Defendant. | Case No. 2:17-cv-02409-APG-PAL<br><br>**ORDER STAYING CASE AND FOR STATUS REPORT** |

In light of the notice of bankruptcy (ECF No. 12),

IT IS ORDERED that this case is STAYED pending resolution of the bankruptcy proceedings or an order lifting the automatic stay.

IT IS FURTHER ORDERED that the motion for judgment debtor exam **(ECF No. 4) is DENIED without prejudice**.

IT IS FURTHER ORDERED that the parties shall file a status report on or before June 29, 2018.

DATED this 5th day of January, 2018.

                                                                              ANDREW P. GORDON
                                                                              UNITED STATES DISTRICT JUDGE