UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY KELLY,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>RANDALL MARK HICKMAN,<br><br>　　　　　　　　Defendant. | Case No. 2:17-cv-02409-APG-PAL<br><br>**ORDER**<br><br>(Second Mot. Pro Se File Elec.– ECF No. 17) |

This matter is before the court on Plaintiff Gregory Kelly's Second Motion for Pro Se Litigant to File Documents Electronically (ECF No. 17) ("Second Motion"). This Second Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

In September 2017, Mr. Kelly filed his first motion asking the court to allow him to use the CM/ECF system to file, access, and electronically serve documents in this case. *See* ECF No. 3. The court conditionally granted the request and instructed him to complete the CM/ECF tutorial by January 29, 2018. January 8, 2018 Order (ECF No. 14). However, days earlier, the district judge stayed the case pending resolution of the bankruptcy proceedings or an order lifting the automatic stay. January 5, 2018 Order (ECF No. 13). Thus, Mr. Kelly did not complete the CM/ECF tutorial.

On April 12, 2018, Kelly filed a Motion to Vacate Stay (ECF No. 15) and Notice of Bankruptcy Dismissal (ECF No. 16) indicating that the bankruptcy case is now closed. He also filed the Second Motion (ECF No. 17) renewing his request to file electronically.

Having reviewed and considered the matter, and good cause appearing,

/ / /

/ / /

**IT IS ORDERED:**

1. Plaintiff Gregory Kelly's Second Motion for Pro Se Litigant to File Documents Electronically (ECF No. 17) is **GRANTED**.
2. Mr. Kelly must comply with the following procedures in order to activate his CM/ECF account:
    a. On or before **May 9, 2018**, Kelly must complete the CM/ECF tutorial, which is accessible on the court's website www.nvd.uscourts.gov in the Civil & Criminal Events Menu, and file certification indicating that he is familiar with the electronic filing procedures and best practices.
    b. Mr. Kelly is not authorized to file electronically unless the certification is filed with the court within the specified time frame.
    c. Upon timely filing of the certification, Mr. Kelly shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 19th day of April, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE