# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY KELLY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RANDALL MARK HICKMAN,<br><br>　　　　　Defendant. | Case No. 2:17-cv-02409-APG-PAL<br><br>**ORDER LIFTING STAY**<br><br>(ECF No. 15) |

In light of the dismissal of the defendant's bankruptcy proceedings (ECF No. 15 at 5-6),

IT IS ORDERED that the plaintiff's motion to vacate stay **(ECF No. 15) is GRANTED.** The stay previously entered in this case is lifted. The parties shall return to the normal litigation track, complying with all applicable rules and deadlines.

DATED this 1st day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE