UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY KELLY,<br><br>        Plaintiff,<br>v.<br>RANDALL MARK HICKMAN,<br><br>        Defendant. | Case No. 2:17-cv-02409-APG-PAL<br><br>ORDER |

       The court conducted a status hearing on August 28, 2018. Plaintiff Gregory Kelly appeared telephonically. Defendant Randall Hickman was served with notice of the hearing at the address he provided the court when he filed a Notice of Pending Bankruptcy (ECF No 12), but did not appear or request a continuance of the hearing.

       On May 1, 2018 the district judge entered an Order (ECF No 19) vacating the stay and referring the matter back to the normal litigation track after receiving notice that the defendant's bankruptcy proceedings had been dismissed. The court set the matter for hearing because no docket activity has occurred since the stay was lifted. Plaintiff, who is appearing pro se advised the court that he intended to proceed with collecting the judgment involved in this case, and will be undertaking a judgment debtor examination and other proceedings. Mr. Kelly advised the court that he recently had email communication with Mr. Hickman who was aware of the hearing, that Mr. Hickman is no longer living in Las Vegas, but is living in Vista, California at an address which he provided to the court.

       The clerk's office served Mr. Hickman with notice of the hearing at the last address he provided. It was not returned as undeliverable. However, Mr. Kelly advised the court that Mr. Hickman no longer resides at that residence and does not have all of his mail delivered to the address at which he has been located by a process server hired by plaintiff to find him.

Parties are required to keep the court informed of their current address and contact information. Local Rule IA 3-1 provides:

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Accordingly,

**IT IS ORDERED** that:

1. Defendant Hickman shall have until **September 11, 2018**, to file a notice of change of address which complies with LR IA 3-1. Failure to timely comply may result in monetary and other sanctions authorized by the Federal Rules of Civil Procedure, the Local Rules of Practice and applicable law.

2. The clerk shall send a copy of this order to:

   Randall Mark Hickman
   1322 Kelglen Lane
   Vista, CA  92084

   Randall Mark Hickman
   11273 Golden Chestnut Place
   Las Vegas, NV  89135

DATED this 30th day of August 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE