# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Gregory Kelly,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Randall Mark Hickman,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-02409-APG-BNW<br><br>**ORDER** |

The United States Postal Service was unable to deliver a recent order of this Court to Defendant. (*See* ECF No. 68.) Thus, it appears that he is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

IT IS THEREFORE ORDERED that Defendant must file a notice with his current address with the Court by December 3, 2020.

IT IS FURTHER ORDERED that the Clerk of Court shall email a copy of this order to Defendant at hickman.randy@gmail.com.

IT IS SO ORDERED.

DATED: November 13, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE