UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| GREGORY KELLY, | Case No.: 2:17-cv-02409-APG-BNW |
|---|---|
| Plaintiff | **Order** |
| v. | |
| RANDALL MARK HICKMAN, | |
| Defendant | |

In light of plaintiff Gregory Kelly's response to the order to show cause (ECF No. 88),

I ORDER the clerk of court to administratively close this case.

DATED this 23rd day of February, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE